IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN JOHN ABRAMS,

    Plaintiff,                              CV F 99 6313 AWI HGB   P

  vs.                                        ORDER

CAL TERHUNE, et al.,

    Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se in a civil action pursuant to 42 U.S.C. § 1983.

        On January 9, 2001, an order was entered, dismissing this action for failure to state a claim upon which relief could be granted. Judgment was entered pursuant to that order. Subsequently, plaintiff has filed notices of change of address. On June 10, 2005, the court received from plaintiff a stack of documents. Though titled as a motion for the appointment of counsel, the submission includes various documents which appear to be copes of documents from plaintiff's central file.

        Plaintiff is advised that this action is closed. The court will not accept any further submissions from plaintiff. Because this action is closed, plaintiff does not need to keep the court informed of his changes of address. Because there is no pending case, plaintiff's request

for appointment of counsel should be denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel is denied.

2. The Clerk shall return to plaintiff the documents submitted on June 10, 2005.

IT IS SO ORDERED.

**Dated:    June 14, 2005**                                    **/s/  William M. Wunderlich**
mmkd34                                                          UNITED STATES MAGISTRATE JUDGE